| Title of Investigation: | | | Report Number: |
|---|---|---|---|
| ████████████ | ████████████ | | 6 |

## SUMMARY OF EVENT:

Undercover recorded telephone calls between ATF S/A Christopher Labno and Jesus "Jessie" DOMINGUEZ.

## NARRATIVE:

1. **UNDERCOVER CONTACT**: On December 2, 2015, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents (S/A) Chris Burney and Eric Koslowski completed reviewing recorded telephone calls between ATF S/A Christopher Labno, acting in an undercover capacity, and Jesus "Jessie" DOMINGUEZ (Hispanic male, DOB: ████████████_____) regarding the purchase of approximately thirty (30) stolen firearms and other stolen items. These recorded telephone calls took place from November 7, 2015 to December 1, 2015 and were inventoried into ATF evidence under #E-000004, #E-000005, and #E-000006. The following is a summary of these phone calls and is not intended as a verbatim transcription.

2. On November 7, 2015, at approximately 09:30 hours, S/A Labno noticed a missed call from DOMINGUEZ calling from 630-891-1537. S/A Labno then placed a recorded telephone call to 630-891-1537 using a video/audio recording device. S/A Labno asked if DOMINGUEZ was calling about the "toolies" (stolen firearms for sale), to which DOMINGUEZ replied, "Yeah, yeah." S/A Labno stated that he (S/A Labno) was interested because he (S/A Labno) wanted to sell stuff. DOMINGUEZ responded, "This is the thing though, are you guys (referring to S/A Labno and a Chicago Police UC officer) collectors?" DOMINGUEZ then talked about the firearms, stating he had a 1911 US Army World War I edition worth $5,000. DOMINGUEZ further stated that he (DOMINGUEZ) wanted someone to take all the pieces (stolen firearms) and that his (DOMINGUEZ's) buddy appraised them for $30,000. DOMINGUEZ then stated that he (DOMINGUEZ) wants $15,000 and that the price is negotiable. S/A Labno asked where he (S/A Labno) could come see them, to which DOMINGUEZ replied, "We are in the city off 79th and Harlem." S/A Labno then stated he (S/A Labno) was south of the city, trying to get paid off a load of copper, to which DOMINGUEZ stated, "Man, bro, I had 40,000 pounds of copper 3 days, got 2 bucks (per pound) for it." DOMINGUEZ further explained that he (DOMINGUEZ's) has a copper stripper at his (DOMINGUEZ's) "buddy's" scrap yard. At this point in the conversation the audio/video recorder malfunctioned and the call was picked up a few seconds later using a back-up audio recorder.

3. While S/A Labno looked for another recorder, he continued to speak with DOMINGUEZ. DOMINGUEZ

| Prepared by: Christopher J. Burney | Title: Special Agent, Chicago I Field Office | Signature: | Date: 12-8-15 |
|---|---|---|---|
| Authorized by: Bernard G. Hansen | Title: Group Supervisor, Chicago I Field Office | Signature: | Date: 12-8-15 |
| Second level reviewer (optional): Jeffery A. Magee | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000339

further discussed his cartage thefts and asked S/A Labno if he had access to a dock which could be used for unloading stolen trucks. S/A Labno advised that he did have a friend who had a dock which could be used but that this associate would need to be paid. DOMINGUEZ discussed selling cocaine in the past and referred to this narcotic as "that white girl." DOMINGUEZ and S/A Labno further discussed "knock-off" clothing as well as stolen clothing and apparel. S/A Labno then found a back-up recorder and activated this recorder again capturing his and DOMINGUEZ's conversation.

4. S/A Labno and DOMINGUEZ then discussed a swap meet off of 127th, at which DOMINGUEZ stated that he (DOMINGUEZ) used to make $100,000 around Christmas time selling Northface gear and UGG boots that he (DOMINGUEZ) got straight from China. DOMINGUEZ stated that he (DOMINGUEZ) could also get iPhones from China, to which S/A Labno stated he (S/A Labno) had a million Otter boxes for cellular telephones. DOMINGUEZ then stated that he (DOMINGUEZ) was about to open a cell phone store and might want them (the Otter boxes). DOMINGUEZ explained that he (DOMINGUEZ) and his brother have a cell phone store on Cicero and 63rd Street in Chicago, Illinois. DOMINGUEZ then stated that his (DOMINGUEZ's) "buddy" owned the Los Magueyes restaurant on 71st and Harlem. S/A Labno then asked about the stolen firearms, "Hey so, 30 of em (stolen firearms) and you're negotiable on the 15 ($15,000)?" DOMINGUEZ stated, "He was owed 10 ($10,000) and the guy who helped me, I gotta give him 2 grand." DOMINGUEZ further stated, "If you guys come with 12 ($12,000) and like everything, take it, and I'll just take care of 'Cookie' on my side. That little fucking weasel, but you give him like 100 bucks and the guy is happy." S/A Labno then state "Yea, that's just him, he's Ricardo's guy, so I don't want to piss him off (Ricardo) because I'm good friends with Ricardo."

5. DOMINGUEZ then talked about building materials and explained that he (DOMINGUEZ) has a non-profit company, so they (DOMINGUEZ and S/A Labno) can get everything tax free. DOMINGUEZ further explained that he (DOMINGUEZ) had his own crew and a box truck and that he (DOMINGUEZ) has a bunch of property in Indiana. DOMINGUEZ then stated that he (DOMINGUEZ) wanted to come out and see what S/A Labno had (referring to the Northface clothing Otter boxes etc...) DOMINGUEZ then asked if S/A Labno was interested in Jordan's (shoes), to which S/A Labno replied, "Yea, you got the old ones? Retros?" DOMINGUEZ replied with "Yea, all retros. I get all that shit bro. I send my buddy over to Europe and we sell Jordan's over there, cause you get more money for them over there. Yea, we buy like 300 pairs of Jordan's every week." S/A Labno then explained that he (S/A Labno) had to go so he (S/A Labno) could finish siding a house he (S/A Labno) was working on. S/A Labno stated that he (S/A Labno) would give him a call tomorrow (Sunday, November 8, 2015) or worst case scenario, possibly Monday. DOMINGUEZ agreed with this stated that was cool. The call then concluded.

6. On November 7, 2015, at approximately 12:28 hours, S/A Labno noticed two missed calls from DOMINGUEZ at 630-891-1537. S/A Labno then placed a recorded telephone call to 630-891-1537. DOMINGUEZ answered the call and asked if he (S/A Labno) was finished doing the siding on the house, to which S/A Labno stated that he was still working on it. DOMINGUEZ stated that he (DOMINGUEZ) and his partner were interested in possibly doing a trade of merchandise and cash for the stolen firearms, to which S/A Labno stated, "Yea, if you want. I'll bring some cash and I'll bring some of that other stuff too (merchandise, Northface gear etc...) and you can choose." DOMINGUEZ asked if he (DOMINGUEZ) could go look at it (merchandise) on this same date, to which S/A Labno stated that he (S/A Labno) was going to be busy working on a house. S/A Labno then stated that he (S/A Labno) wanted to get this done (firearms purchase) and asked "How many hand ones (pistols) you got versus the other ones, the long ones (rifles)?" DOMINGUEZ stated, "I think it is 10 (pistols) and 20 on the other ones (rifles)." S/A Labno then asked where he (S/A Labno) would have to meet DOMINGUEZ, asking if it was by Toyota Park. DOMINGUEZ stated, "Yea." S/A Labno then asked how much time he (S/A Labno) would have to give him (DOMINGUEZ), DOMINGUEZ said "15 minutes, we are

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000340

always around." S/A Labno then stated that he would call him (DOMINGUEZ) tomorrow but he (S/A Labno) was thinking Monday for the deal (UC controlled purchase of the stolen firearms). DOMINGUEZ stated he (DOMINGUEZ) would just talk to him (S/A Labno) tomorrow and the call concluded.

7. On November 8, 2015, S/A Labno received an incoming recorded telephone call from DOMINGUEZ at (630) 891-1537. DOMINGUEZ asked S/A Labno if he (S/A Labno) wanted to buy some stolen aluminum. S/A Labno explained that he (S/A Labno) preferred copper and currently had money tied up in a copper deal from the prior week. S/A Labno asked DOMINGUEZ how much aluminum he (DOMINGUEZ) had. DOMINGUEZ replied, "Fuckin' bails of aluminum, three double o three…. Got 40,000 lbs. right now." S/A Labno stated he (S/A Labno) was still waiting to get paid for the copper deal and did not have the cash for all that aluminum. DOMINGUEZ replied, "Yeah, next time you get something like that, bro, just call me. I'll cash it right there." DOMINGUEZ further explained that he (DOMINGUEZ) used a place that takes in scrap Monday through Thursday and cuts its checks on Fridays. The two (S/A Labno and DOMINGUEZ) then agreed to meet on November 9, 2015 and concluded the call.

8. On November 8, 2015, at approximately 21:07 hours, S/A Labno noticed a missed call from DOMINGUEZ calling from 630-891-1537. S/A Labno then placed a recorded telephone call to 630-891-1537 using a video/audio recording device. DOMINGUEZ stated that he (DOMINGUEZ) was wondering if S/A Labno still had any NFL jerseys because people have been asking him (DOMINGUEZ), to which S/A Labno stated that he (S/A Labno) would take a look and see what he (S/A Labno) has left. S/A Labno then stated that he (S/A Labno) would look out for DOMINGUEZ on that "dock thing" (place to unload the stolen merchandise) and the "girl thing" (cocaine). DOMINGUEZ stated, "Alright" and the call concluded.

9. On November 9, 2015, at approximately 08:56 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-891-1537. S/A Labno explained that he (S/A Labno) hadn't finished his siding project but could possibly come see him (DOMINGUEZ) around 1 or 2pm. DOMINGUEZ stated that was good. S/A Labno then asked about the condition of the firearms, to which DOMINGUEZ stated they (stolen firearms) were good. S/A Labno then asked if he (DOMINGUEZ) would have a problem if he (S/A Labno) gave one (firearm) to Cookie for hooking us (DOMINGUEZ and S/A Labno) up. DOMINGUEZ replied, "Man, I don't care, I don't give a fuck what you do with him." S/A Labno then stated he's (Cookie) dependable and asked if he (Cookie) would sell them (DOMINGUEZ and S/A Labno) out. DOMINGUEZ then stated, "Man, I'll tell you. If something happens, he'll sit down, he won't say anything. He knows that with me, he ain't sitting past bond court. I don't give a fuck if your bond is twenty thousand, you're coming home. He (Cookie) already knows that if something happens and we're (DOMINGUEZ and Cookie) both there, it's mine." S/A Labno responded with "Oh, he'll take it for you?" DOMINGUEZ responded with "Yea and we'll fight the case and beat it, because I have the best lawyer in the business. He just beat my guy's case in federal court." S/A Labno then asked about the case DOMINGUEZ's guy beat. DOMINGUEZ further stated, "Two bricks of heroin, two bricks of coke, three pounds of Kush and his fingerprints were on everything." S/A Labno then responded, "And he beat it?" DOMINGUEZ responded, "He beat the case, in trial." S/A Labno then asked about his lawyer. DOMINGUEZ responded, "His name is Beau Brindley. The fucking cops fucked up bro, went in there without a warrant." DOMINGUEZ further stated, in reference to his guy's case, that Beau Brindley said "If we don't beat it in trial, we'll beat it in an appeal. I've set everything up so I can beat it in an appeal." S/A Labno responded that he had a good thing, to which DOMINGUEZ responded, "Yea, if you have fifty thousand, that's what he costs. I don't give a fuck though, fifty thousand for your life. Me and my lawyer are good friends. You know, he (Beau Brindley) only charged me 25 ($25,000) and was like, let your brother, let your buddy pay the other 25 ($25,000) when I get him out and if I don't get him out, he don't have to give me another dime." DOMINGUEZ then talked to S/A Labno about his (S/A Labno's) merchandise. S/A Labno then stated, "If I throw it (firearms) in the back of my truck, it (firearms) should fit under there huh? 30 of em (firearms)?"

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000341

DOMINGUEZ stated, "yea, you're good." The call then concluded.

10. On the afternoon of November 9, 2015, S/A Labno received an incoming recorded telephone call from DOMINGUEZ at (630) 891-1537. During the conversation, DOMINGUEZ told S/A Labno that his (DOMINGUEZ) buddy "wants to see the quality of Northfaces you got." DOMINGUEZ asked S/A Labno how much Northface clothing he (S/A Labno) had, as well as if the Beats Headphones and sports jerseys were available as previously discussed. DOMINGUEZ further inquired, "You know what else this guy was interested in that you told me faded away; uh, True Religion." S/A Labno told DOMINGUEZ that he (S/A Labno) would put together a box of samples, so DOMINGUEZ and his (DOMINGUEZ) buddy could check things out.

11. The conversation then turned to where and when they (S/A Labno and DOMINGUEZ) would meet to complete their previously discussed gun deal. DOMINGUEZ told S/A Labno, "Yeah, because my partner's been blowin' me up, 'You guys comin' or what? You got me waiting here.'" DOMINGUEZ told S/A Labno that he (DOMINGUEZ) explained to his (DOMINGUEZ) partner, "You can't expect me to call you every minute, ya know. You are starting to sound like my fucking wife." The two (S/A Labno and DOMINGUEZ) then agreed to meet at Taqueria Los Magueyes, located at 7101 Harlem Ave. Bridgeview, IL. S/A Labno informed DOMINGUEZ that he (S/A Labno) would be on his (S/A Labno) way from Pilsen shortly, to which DOMINGUEZ replied, "I grew up in Pilsen, bro... Yeah, I fucking grew up at 35th and Ashland, bro. You're not far from mom's house." S/A Labno stated he (S/A Labno) would call back once he (S/A Labno) was on Harlem Ave. and concluded the conversation.

12. On November 9, 2015, at approximately 11:41 hours, S/A Labno noticed a missed call from DOMINGUEZ at 630-891-1537. S/A Labno then placed a recorded telephone call to 630-891-1537. DOMINGUEZ explained that he (DOMINGUEZ) freed up his schedule for this afternoon. S/A Labno stated that it (controlled purchase) was going to be closer to 3 or 4pm on the same date. DOMINGUEZ told S/A Labno to meet him (DOMINGUEZ) at a Shell gas station by Toyota Park and he (S/A Labno) could follow him (DOMINGUEZ). The call then concluded.

13. On November 9, 2015, at approximately 15:53 hours, S/A Labno received an incoming recorded telephone call from DOMINGUEZ at 630-891-1537. DOMINGUEZ asked who was coming. S/A Labno stated that it was him (S/A Labno), Ricardo (CPD UC) and his guy (ATF S/A Villacis). S/A Labno explained they (DOMINGUEZ and S/A Labno) could figure out the rest when they (DOMINGUEZ and S/A Labno) meet. DOMINGUEZ and S/A Labno both stated that were on I-55. The call then concluded.

14. On November 9, 2015, at approximately 15:53 hours, S/A Labno received an incoming telephone call from DOMINGUEZ at 630-891-1537, which was recorded. S/A Labno asked DOMINGUEZ what vehicle he (DOMINGUEZ) was in, to which DOMINGUEZ 0replied, "a minivan, like a blue minivan Dodge Caravan." S/A Labno stated that he would call DOMINGUEZ when he was on Harlem Road. DOMINGUEZ then stated, "I'm pretty positive my guy will take all your Northface. He's bugging the shit out of me. I'm gonna turn my phone off. I got another phone, he don't have that number, so fuck him." S/A Labno then asked if the toys (firearms) were pretty clean. DOMINGUEZ replied, "Yea, yea. I'll explain it to you, what the situation was. They were kept in a box, like you know how people store their stuff in a box and shit, with a dial." S/A Labno responded, "Yea, I got you. I'll talk to you when I get there." The call then concluded.

15. On November 9, 2015, at approximately 16:38 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-891-1537. S/A Labno stated that he (S/A Labno) was getting off on Harlem Road.

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000342

DOMINGUEZ stated that he (DOMINGUEZ) was on 63rd and Central so they (DOMINGUEZ and S/A Labno) would get there (71st and Harlem, Los Magueyes) at around the same time. The call then concluded.

16. On the evening of November 9, 2015, S/A Labno received an incoming recorded telephone call from DOMINGUEZ at 630-891-1537. DOMINGUEZ asked S/A Labno, "I just wanted to make sure you were good, bro. Are you good?" S/A Labno replied that everything went well but that he (S/A Labno) still needed to sort through all of the guns because there were a lot. DOMINGUEZ told S/A Labno that he (DOMINGUEZ) wished he (DOMINGUEZ) could have kept the guns, but because there was someone else involved in the deal, he (DOMINGUEZ) needed to sell them. DOMINGUEZ further explained it would have been dangerous to keep all the guns anyway because he (DOMINGUEZ) has ten kids at home.

17. The conversation then turned to stolen merchandise. DOMINGUEZ stated that people liked the Northface gear S/A Labno traded him (DOMINGUEZ) as part of the gun deal. DOMINGUEZ inquired if S/A Labno could get more. S/A Labno replied that he (S/A Labno) could and asked DOMINGUEZ how often his (DOMINGUEZ) crew unloaded merchandise off of stolen semi-trucks. DOMINGUEZ told S/A Labno this occurred at least once a week but sometimes up to two or three times a week. DOMINGUEZ further stated S/A Labno could keep 15% of whatever merchandise would be on the stolen trucks provided that S/A Labno provided a dock to unload them. DOMINGUEZ explained, "As soon as I get it (stolen merchandise), it's gone. That quick. I don't sit on nothing." DOMINGUEZ stated that he (DOMINGUEZ) currently has a guy who works on a dock, but it is hard to use because it is at a legitimate business, and the boss may start asking questions, which "we don't need." In reference to unloading the stolen trucks, DOMINGUEZ told S/A Labno, "I work so hard to get it when I undo it. Everything is in the crib. We're golden. We're green light all the way."

18. S/A Labno then explained how much he (S/A Labno) loves guns and told DOMINGUEZ to call him (S/A Labno) if he (DOMINGUEZ) comes across any more. DOMINGUEZ replied that he (DOMINGUEZ) would and said, "If you can keep that 'K' with the bonnet on it, keep it, bro. I wanna shoot it. I didn't get to shoot none of them. I just wanna pop, pop, pop, you know what I mean?" DOMINGUEZ then proceeded to explain how his (DOMINGUEZ) crew owns a house with five bedrooms and three bathrooms on eight acres in Gary, IN near a pawn shop off of Cline Ave. that they plan to fix up and rent out. DOMINGUEZ then told S/A Labno that he (DOMINGUEZ) was going to drop money off to "Cookie." The call then ended, due to DOMINGUEZ losing connection.

19. On November 9, 2015, at approximately 1925 hours, S/A Labno received an incoming telephone call from DOMINGUEZ at 630-891-1537, which was recorded. DOMINGUEZ asked S/A Labno about the dock situation, possibly for the weekend. S/A Labno explained that he (S/A Labno) just has to let his (S/A Labno's) guy know when they (DOMINGUEZ and S/A Labno) wanted to show up. DOMINGUEZ then asked if he (DOMINGUEZ) could come check out the merchandise (Northface gear etc...) tomorrow. S/A Labno stated that he (S/A Labno) was busy but would try to figure something out. S/A Labno then asked if DOMINGUEZ was serious about that "white girl" (cocaine), to which DOMINGUEZ stated that "I'm dead serious about that." S/A Labno then asked what DOMINGUEZ thought was a good price, to which DOMINGUEZ replied, "Right now, they are usually charging me like 37 ($37,000), 38 ($38,000) but I won't pay no more than 38 ($38,000). S/A Labno then asked "If I could do 32 ($3200), would you do 4 of em (4 kilograms of cocaine)?" DOMINGUEZ replied, "Oh fuck yea, but they gotta be right, know what I'm saying? They can't be toyed around with." S/A Labno responded with "It's all fucking scale dude, it's fucking scale. You know what I'm talking about right? Shiny shit." DOMINGUEZ replied, "Yep, yep, yep, say no more." S/A Labno then asked DOMINGUEZ to give him (S/A Labno) some time because he (S/A Labno) has to put the stuff up (stolen firearms purchased from DOMINGUEZ). DOMINGUEZ stated, "Yea, if you need help, on that other stuff we talked about, I got you. I can help you out with that too." S/A Labno then stated he (S/A Labno) would call

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000343

him (DOMINGUEZ) later. The call then concluded.

20. On November 11, 2015, at approximately 09:15 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-891-1537 using a video/audio recording device. S/A Labno explained that he had some calls out to his (S/A Labno's) guy and should hear something tomorrow or Friday. S/A Labno then asked DOMINGUEZ if he (DOMINGUEZ) wanted 2000 pieces (of Northface merchandise), to which DOMINGUEZ replied, "yea, if you have them." At this point in the conversation the video/audio recording device malfunctioned and the remainder of the call was not recorded. DOMINGUEZ and S/A Labno then further discussed DOMINGUEZ's inventory, with DOMINGUEZ telling S/A Labno that he had stolen Makita tools and other items for sale.

21. On November 12, 2015 at approximately 2130 hours, S/A Labno noticed a missed call from DOMINGUEZ at 630-891-1537. S/A Labno then placed a recorded telephone call using a video/audio recording device to 630-891-1537. DOMINGUEZ and S/A Labno started the conversation talking about the Northface merchandise. S/A Labno stated that he (S/A Labno) had promised some of the gear to another customer first but told DOMINGUEZ that he was good for it. S/A Labno then joked about three (3) of the stolen guns purchased from DOMINGUEZ being air rifles, to which DOMINGUEZ replied, "Get out of here." DOMINGUEZ stated that he (DOMINGUEZ) did not know that the guns weren't real. S/A Labno then advised DOMINGUEZ that he (S/A Labno) was still checking on the white girl (cocaine) and the dock situation.

22. S/A Labno then asked DOMINGUEZ "is that something you do big, the girl?" to which DOMINGUEZ responded, "yea." S/A Labno then said "Ok, let me know, because 38 ($38,000) ain't that good a price, I can do better" to which DOMINGUEZ replied, "I'd have to see something first." S/A Labno then asked "Would you wanna do like a half of one (half a kilogram)?" to which DOMINGUEZ replied, "Yea, even a whole one (one kilogram). You just have to guarantee it is what it is. Know what I mean?" S/A Labno responded with "My guy is phenomenal." The conversation then turned to the Northface merchandise. DOMINGUEZ stated that his guys are bugging him (DOMINGUEZ) about getting some soon. S/A Labno then asked about the toys (firearms). DOMINGUEZ replied, "Dunno that was like a one-time deal. I'm not really looking for that, but I can look for you." S/A Labno and DOMINGUEZ then discussed street prices of guns. DOMINGUEZ stated, "Sometimes people complain about the prices and I say, can you walk into the store and get one? No? Well, then ha, you're gonna pay." DOMINGUEZ then asked about the Northface merchandise again, to which S/A Labno responded with "be patient." DOMINGUEZ then stated, "But, what you were talking about, we're ready, whenever" to which S/A Labno responded, "what, the girl?" to which DOMINGUEZ responded, "Mhmm, we just gotta break the ice first." S/A Labno then stated, "I'd rather do one (1) or two (2) (kilograms) six (6) times than like six (6), one time" to which DOMINGUEZ responded, "Yea, I'm the same way." DOMINGUEZ then asked "As far as merch (merchandise) goes, what do you like more, other than that? Like electronics or what?" to which S/A Labno responded, "I do the clothes and cigarettes. Next time I see you, I'll bring you a carton." DOMINGUEZ asked "Are they knock off?" to which S/A Labno responded, "No, they are real. I'm surprised with you, with the trucks you ain't never fucked with those more." DOMINGUEZ responded, "It's very hard to run into em. They are more on the trains," to which S/A Labno asked, "You're more on the trains or more on the trucks?" DOMINGUEZ replied saying "Man, I do the trucks." DOMINGUEZ then changed the subject. DOMINGUEZ told S/A Labno, "Yea, if you need materials, just let me know. Through my buddy's corporation, you get it cheap. We just walk in there and bring the LLC certificate, they gotta give it with no taxes and they gotta give it cheap." S/A Labno asked, "How much does he want for that?" to which DOMINGUEZ replied "not really nothing, just a donation."

23. DOMINGUEZ then brought up the Northface merchandise again. DOMINGUEZ asked how much do they (Northface items) usually go for, to which S/A Labno responded "I usually do a box, some real and knockoff.

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000344

For a box like you got (referring to the box S/A Labno sold to DOMINGUEZ on November 9, 2015 during the controlled purchase of firearms from DOMINGUEZ), usually 8-12 ($800-$1,200). DOMINGUEZ then asked how many pieces (Northface merchandise) come in a box, to which S/A Labno responded 240 a box and 180 in the some boxes. SA Burney should note that at this point in the conversation you can hear a baby or young child crying in the background. S/A Labno then asked DOMINGUEZ, "How many kids you got?" The telephone call then disconnects. S/A Labno attempted to call the 630-891-1537 number back three (3) times but all of the calls went to voicemail. No further attempts were made on this date.

24. On November 15, 2015, at approximately 19:38 hours, S/A Labno placed a recorded telephone call to DOMINGUEZ at 630-891-1537 after he (S/A Labno) noticed a missed call from DOMINGUEZ at 19:00 hours on the same date. DOMINGUEZ answered the phone and stated, "Man, bro. My guy had some of things for you." Yeah, he fuckin' sold them on me." S/A Labno apologized for missing DOMINGUEZ's call earlier and asked what the guy had. DOMINGUEZ responded, "All hand units. Deuces to 9's to 4 nickels to 40's." DOMINGUEZ further stated that there were 50 guns in total and that his (DOMINGUEZ) guy sold them all for $300.00 each. "One guy came and cashed them out," DOMINGUEZ stated. DOMINGUEZ continued, "Me, myself, I had something too. Yep, I had 250 (Phillips) 55 inch TVs... Sold em' all... I made 75 grand." DOMINGUEZ explained how he (DOIMINGUEZ) sold them for $300.00 each to someone who then asked DOMINGUEZ if he (DOMINGUEZ) knew anyone who would buy them. DOMINGUEZ told S/A Labno that he (DOMINGUEZ) then brokered a deal for 50 of the TVs for $425.00 each.

25. The conversation then turned to how DOMINGUEZ's "guy" was still looking for Northface and jersey merchandise. S/A Labno told DOMINGUEZ that he (S/A Labno) would call DOMINGUEZ when more merchandise came in and would allow DOMINGUEZ to take whatever he (DOMINGUEZ) wanted, provided DOMINGUEZ could resell it. DOMINGUEZ laughed, "I can pop off whatever you got as you can see." DOMINGUEZ told S/A Labno that he (DOMINGUEZ) also had 6,500 shampoo sets. DOMINGUEZ explained his (DOMINGUEZ) guy complained they were hard to move, so DOMINGUEZ bought them for $1.00 each. DOMINGUEZ stated, "I already sold 2,000 of them for six bucks a piece... Yeah, I already doubled my money." DOMINGUEZ explained the buyer was the same guy who purchased the TVs from him (DOMINGUEZ) earlier. DOMINGUEZ stated that the guy knows, "If you don't buy my bad shit. I'm not callin' you when I got my good shit...That's just the way it is." DOMINGUEZ stated that he (DOMINGUEZ) also told the guy, "On ebay they're fifty bucks, and it's Moroccan, it's a fuckin Arabian fuckin shampoo, some fuckin high dollar shit... You're Arabian motherfucker. You gotta help me sell 'em. All you fuckin' Arabs own fuckin' barber shops and salons and shit." DOMINGUEZ further stated the guy just called him (DOMINGUEZ) and wanted to order another 1,000 shampoo sets to which DOMINGUEZ mocked, "Oh it's a hard seller, huh?"

26. The conversation then turned back to guns. S/A Labno told DOMINGUEZ to put any guns that he (DOMINGUEZ) came across aside from him from now on because he (S/A Labno) would buy them. S/A Labno and DOMINGUEZ then discussed how much money there is to be made in cigarette trafficking. DOMINGUEZ wanted to know where to obtain cheap cigarettes because, "I got a guy who owns 25 gas stations." S/A Labno told DOMINGUEZ that he (S/A Labno) would bring him some sample cartons the next time they met. During this portion of the conversation, children can be heard in the background on DOMINGUEZ's line. DOMINGUEZ reprimanded one of them, "Hey, put it back in there, man. What the fuck are doing? Put it back in there." DOMINGUEZ explained one of his (DOMINGUEZ) boys was putting a stick in a fire and then waving it around. DOMINGUEZ then told S/A Labno that he (DOMINGUEZ) lived on five acres in Willowbrook, IL. DOMINGUEZ stated, "Some guy came and offered me 5 million dollars just for my land." DOMINGUEZ then complained about how there were so many subdivisions around him (DOMINGUEZ) and that people would come onto his (DOMINGUEZ) property looking for woodchips.

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000345

DOMINGUEZ explained that he (DOMINGUEZ) uses the woodchips to heat his (DOMNIGUEZ) barn.

27. The conversation then turned back to Northface merchandise. DOMINGUEZ complained that his (DOMINGUEZ) guy keeps bugging him (DOMINGUEZ) about Northface jackets. DOMINGUEZ mocked the conversation that would take place with his (DOMINGUEZ) guy, "And watch when I got these fuckin' jackets. 'Um yeah, bro. You know what I'm sayin'. I ain't got all the money right now, you know. You think you can give them to me, and I'll go sell 'em and bring you back the money?' Get the fuck outta my fuckin shop, man!" DOMINGUEZ told S/A Labno, "A lot of people love fronting me stuff because I fuckin' act like it's fuckin' mine... Like I actually paid for it." DOMINGUEZ then explained how he (DOMINGUEZ) often moves some of the stolen merchandise, "I had one good buddy of mine that he worked for me... He always knows other people, you know. So I fuckin' load him up, and I'm like, 'Go.' He'll go make his rounds and come back with a shitload of money, and then whatever he didn't sell is there, and we just put it back in my shop. And when he gets a call again to do more deliveries, he does it again, and in a couple days, everything's gone." S/A Labno asked DOIMINGUEZ if he (DOMINGUEZ) had a store, but DOMINGUEZ replied, "Just a spot I rent where I keep my shit."

28. The conversation then turned to the guns and ammunition S/A Labno bought from DOMINGUEZ on November 9, 2015. S/A Labno told DOMINGUEZ that the price was fair, and DOMINGUEZ replied, "The bullets that's where the money's at, my buddy told me." DOMINGUEZ asked S/A Labno, "Did you do good? Did you finish?" S/A Labno stated that he (S/A Labno) sold off most of the guns but kept an AK rifle and an antique 1911 pistol. DOMINGUEZ replied, "That piece worth like five grand, I'm tellin you... The guy was in fuckin' Vietnam, so he probably got it issued to him when he was in Vietnam." S/A Labno commented how mint the 1911 pistol was despite its age and suggested that it was probably purchased new and stored inside a safe. DOMINGUEZ laughed, "That's exactly..." DOMINGUEZ then concluded the conversation because he (DOMINGUEZ) received another call.

29. On November 17, 2015, at approximately 18:53 hours, S/A Labno received an incoming recorded telephone call from DOMINGUEZ at (630) 891-1537. During the conversation, S/A Labno explained that he ran into "Cookie" who had a potential copper "lick." DOMINGUEZ responded, "Don't believe that guy. That guy's fuckin' full of shit, bro." DOMINGUEZ explained that he (DOMINGUEZ) had previously taken "Cookie" with him (DOMINGUEZ) to steal a semi-truck because "Cookie" claimed to know how to drive it. DOMINGUEZ continued, "We get there, bro, and he (Cookie) tells me, 'I know how to drive the semi without a trailer.' I'm like well, what the fuck you think we're doing? If I'd have known this beforehand... Now we're here. I told you I'm out on bond. I can't drive. I'm like oh man, you put me in this predicament."

30. DOMINGUEZ asked S/A Labno, "You remember that aluminum I told you about? That was it." DOMINGUEZ explained "Cookie" followed him (DOMINGUEZ) as he (DOMINGUEZ) drove the stolen semi-truck with trailer and parked it. DOMINGUEZ said he explained to "Cookie," "Now we're going to find another front piece to take... and move this thing to somewhere else." DOMINGUEZ complained that "Cookie" instead left him (DOMINGUEZ) and went home. DOMINGUEZ continued, "So I finish off the rest... I do everything else. Grab it, move it, unload it... put it into another thing, and grab another front piece, borrowing it without permission, you know what I mean. And then move that, you do three just to do one job... that's just the way it is to be safe. Then I grab it just to take it somewhere else, and the back piece is also another borrowed one, but it's not the same one it came in, so they ain't gonna be looking for it for that... And then I take to the place, and unload it, wait for the check Friday...We put the check in someone else's name." DOMINGUEZ then continued to complain about how "Cookie" wanted more money than the $500.00 DOMINGUEZ paid him, "What the fuck did you do? Did you find the thing? Did you fucking put your neck out? Are you the one driving it from here to there to here to there? All you did was follow me." DOMINGUEZ continued to

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000346

complain about how "Cookie" probably still uses crack cocaine, steals truck tires, treats his (Cookie) kids terribly, and is "a retard."

31. The conversation then turned to cocaine. S/A Labno explained that sometime after Thanksgiving he (S/A Labno) would have access to three or four kilos and wondered if DOMINGUEZ was still interested in buying some, as they had previously discussed. DOMINGUEZ stated that he (DOMINGUEZ) was still interested and, "If it's good. We'll just keep it going." DOMINGUEZ then inquired about the Northface merchandise, but S/A Labno explained that he (S/A Labno) would most likely not get another shipment until after Thanksgiving. S/A Labno then asked DOMINGUEZ if he (DOMINGUEZ) purchased a ½ kilo of cocaine from him (S/A Labno), would he (DOMINGUEZ) come back right after and buy the rest. DOMINGUEZ replied, "Yeah that's no problem." S/A Labno explained that he (S/A Labno) did not want to place an order if he (S/A Labno) wasn't sure he (S/A Labno) could sell it all. DOMINGUEZ stated, "When it comes to selling, I could sell anything."

32. DOMINGUEZ told S/A Labno that he (DOMINGUEZ) once sold pizza trays that someone threw away. "My guy was like, 'How the fuck did you do that?' DOMINGUEZ laughed, "You give me garbage. I give you gold." S/A Labno then asked DOMINGUEZ if he (DOMINGUEZ) had access to any tools. DOMINGUEZ stated that he recently got a load of Makita tools and "made like 150 grand." DOMINGUEZ said he still had several Makita "six in one combos" left with sawzalls, flashlights, circular saws, impact drills, and compressors. DOMINGUEZ quoted S/A Labno $300 for each Makita "six in one combo" and $150.00 for each Makita compressor. DOMINGUEZ stated, "They're brand new in the box... When I had them, bro. I swear I never seen something move faster in my life." DOMINGUEZ explained that he (DOMINGUEZ) sold the bulk of the Makita tools to a bunch of Polish plumbers and "walked away with 120 grand." S/A Labno requested DOMINGUEZ send him (S/A Labno) photos of the tools DOMINGUEZ still had because he (S/A Labno) was interested in purchasing them. DOMINGUEZ agreed and concluded the conversation.

33. On November 18, 2015, at approximately 14:07 hours, S/A Labno noticed a missed call from DOMINGUEZ at 630-891-1537. S/A Labno then placed a recorded telephone call to 630-891-1537. DOMINGUEZ asked S/A Labno if he (S/A Labno) had received the pictures (of stolen Makita tools) he (DOMINGUEZ) texted him (S/A Labno). S/A Labno stated that he (S/A Labno) had not received the pictures, to which DOMINGUEZ said that he would resend them. DOMINGUEZ then asked if he (S/A Labno) had those jackets (referring to the Northface gear), to which S/A Labno responded not yet but has some coming. S/A Labno then asked if he (DOMINGUEZ) was still looking for 2000 pieces (Northface merchandise), to which DOMINGUEZ stated, "yea or whatever. Anything really. Anything that we can turn a buck." DOMINGUEZ then asked S/A Labno if he (S/A Labno) could talk to his guy at Berland's (Tools) about using the dock, to which S/A Labno responded that he had not heard back from him yet but would keep trying. DOMINGUEZ said to let him (DOMINGUEZ) know and the call concluded.

34. On November 23, 2015, at approximately 11:51 hours, S/A Labno used a video/audio recording device to record an incoming call from DOMINGUEZ at 630-891-1537. DOMINGUEZ started the conversation by saying "Yo, I got something" to which S/A Labno responded "What you got?" DOMINGUEZ replied "Remember the Dr. Dre pill (Beats by Dre portable speaker) you gave me? It's like that but the brand is Bose." SA Burney should note that you can hear a male voice in the background say "Tell him they're (Bose speakers) real." S/A Labno asked DOMINGUEZ how much he (DOMINGUEZ) wanted for them (Bose speakers). DOMINGUEZ replied "You got them Northfaces or Jerseys yet?" to which S/A Labno responded "Not yet, after Thanksgiving." S/A Labno told DOMINGUEZ that he (S/A Labno) never received the pictures of the Makitas (stolen Makita power tools), to which DOMINGUEZ responded, "It's all gone." S/A Labno then asked DOMINGUEZ how much he (DOMINGUEZ) wanted for the Bose, to which DOMINGUEZ responded "We gotta look everything up right now. I know the ones that I saw for $300, I've been popping em off for $150."

REPORTS_001-000347

DOMINGUEZ stated that he (DOMINGUEZ) also has Bose surround sound speakers too. S/A Labno stated "Yea, put together a package for me. If I come up with some Northface next week, can you meet up with me?" to which DOMINGUEZ replied, "Yea, we can trade off. I need some of them jerseys." S/A Labno then stated, "Alright, I'll bring you a bin of em. You looking for NHL or NFL?" DOMINGUEZ replied with "Both, NFL and NHL. Yea, me and my guy. We got about 10 bucks ($10,000) together." S/A Labno then asked DOMINGUEZ, "Anything else with that money you were supposed to come into?" to which DOMINGUEZ replied, "what thing?" S/A Labno then stated, "Remember you were talking about getting the cash out of that place too. Like you were trying to go back." DOMINGUEZ replied, "Nah, not yet. I'm waiting for Thanksgiving weekend." S/A Labno then replied, "Let me know man because I'd definitely like to be a part of that. I'll give you a call and we'll set something up for next week." DOMINGUEZ then talked about having Toyo brand mud tires for pickup trucks. DOMINGUEZ said that he sets of tires for 20, 22, and 24 inch rims. S/A Labno and DOMINGUEZ then talked about setting something up for next week. The conversation then concluded.

35. On November 24, 2015, at approximately 09:31 hours, S/A Labno used a video/audio recording device to record an incoming call from DOMINGUEZ at 312-485-2867. DOMINGUEZ stated that he (DOMINGUEZ) had a Bose surround sound for televisions and a Bose iPhone dock speaker. DOMINGUEZ advised that the Bose surround sound systems are $400 and the dock is $300. S/A Labno responded, "Alright, well give me 4 of each and give me a price on it and we'll do some Northface and some cash." DOMINGUEZ responded, "Alright cool. You still in Memphis?" S/A Labno and DOMINGUEZ then discussed S/A Labno's recent trip from Memphis to St. Louis on his (S/A Labno's) construction job. S/A Labno told DOMINGUEZ that he (S/A Labno) has a guy in Kansas city that deals with smokes (cigarettes) and that he (S/A Labno) would should DOMINGUEZ some cartons next time they (S/A Labno and DOMINGUEZ) meet. The conversation then concluded.

36. On November 30, 2015 at approximately 1115 hours, S/A Labno noticed a missed call from DOMINGUEZ calling from 773-691-5241. S/A Labno then placed a recorded telephone call to 773-691-5241. DOMINGUEZ started the conversation by telling S/A Labno more about the stolen Bose speakers and headphones he (DOMINGUEZ) had. S/A Labno asked if he (DOMINGUEZ) saved him any (Bose merchandise), to which DOMINGUEZ responded that he did. DOMINGUEZ stated that he would try to hook him (S/A Labno) up when they (S/A Labno and DOMINUGEZ) meet up next, to which S/A Labno responded, "yea, maybe like Wednesday." S/A Labno and DOMINGUEZ then talked about S/A Labno's job and how he (S/A Labno) recently had travelled from Memphis to St. Louis. DOMINGUEZ inquired about the cigarettes S/A Labno had mentioned in previous calls. S/A Labno told DOMINGUEZ, "I'll bring you a carton of some stuff and you tell me what you think. See if you can get rid of it. I got a case or so. I'll see about getting some samples." DOMINGUEZ replied, "What do the stamps on them say?" to which S/A Labno replied, "They don't have stamps at all." DOMINGUEZ replied "Oh, so we gotta put some on there? I got a buddy who can put them on there." DOMINGUEZ then asked about the price for a carton, to which S/A Labno replied "Depends, I'll have to see what the numbers are going to work out to. I'll hit you later today or tomorrow and figure out a time." The conversation then concluded.

37. On December 1, 2015, at approximately 18:29 hours, S/A Labno noticed a missed call from 630-644-7970 and a text message that said "Hey it's Jessie, call me back." S/A Labno then placed a recorded telephone call to DOMINGUEZ at 630-644-7970. DOMINGUEZ stated that it was hard to get in touch with him (S/A Labno). S/A Labno asked if this was his (DOMINGUEZ's) new number, to which DOMINGUEZ responded that it was his new number and to save it. DOMINGUEZ went on to say, "Yea I got a couple of different numbers, but this is the best one right here. You climbed up the latter, you finally got the good one (referring to the new

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000348

telephone number)." S/A Labno responded, "So, I got the good one?" to which DOMINGUEZ responded, "Yea, you went from poor middle class to business elite."

38. DOMINGUEZ then asked if S/A Labno had the NFL and NHL Jerseys, to which S/A Labno responded, "What I was thinking, instead of tomorrow. Can we do it (purchase of stolen merchandise from DOMINGUEZ) Thursday? Because tomorrow night or Thursday morning I'm gonna get between 250-500 pieces of Northface I can give you." DOMINGUEZ responded, "Alright cool, we can do it Thursday." DOMINGUEZ then asked, "Are you (S/A Labno) still gonna want the Bose stuff because my brother-in-law got a shitload of cash in front of me and was like, let me get it if he's (S/A Labno) not coming." S/A Labno responded, "I'm coming, how many you got for me?" DOMINGUEZ explained that he (DOMINGUEZ) did not know exactly how many pieces of equipment he had left but that four (4) speakers were in a box and he (DOMINGUEZ) had about 50-60 boxes left. S/A Labno then asked what they (the Bose systems) were, to which DOMINGUEZ responded that they are called 'Sound Link mini 2'and Sound Link color. DOMINGUEZ then stated that he (DOMINGUEZ) really needed the NFL and NHL jerseys, to which S/A Labno responded, that he (S/A Labno) would put something together.

39. S/A Labno then asked, "What else you got right now that you're trying to get rid of?" DOMINGUEZ responded, "I got some kegs, some beer kegs, like Modelo." DOMINGUEZ further stated that he (DOMINGUEZ) wanted $100.00 a piece for the kegs. S/A Labno then asked, "Where do you wanna meet? Same place?" to which DOMINGUEZ responded, "I'm coming to Hammond, Indiana to buy an Australian Shepherd for my daughter. So how far are you away from there?" S/A Labno stated, "Depends where I'm at. I'm in Cal-City. I might be by Oak Lawn or downtown." DOMINGUEZ replied, "Oak Lawn would be perfect." S/A Labno told DOMINGUEZ they (S/A Labno and DOMINGUEZ) could meet around 2 or 3 o'clock, to which DOMINGUEZ replied, "You know me. I'm available whenever. If there's money."

40. The conversation then turned to the Bose speakers. S/A Labno asked how many (Bose speakers) he (DOMINGUEZ) had, to which DOMINGUEZ said he (DOMINGUEZ) didn't know and that he (DOMINGUEZ) would have to count. S/A Labno then asked how much he (DOMINGUEZ) was going to charge him (DOMINGUEZ), to which DOMINGUEZ replied, one hundred bucks. S/A Labno responded, "Give me two cases of Bose, the surround sound and two kegs of Modelo." DOMINGUEZ replied, "Alright, I got you and bring those Northfaces because they (DOMINGUEZ's friends) have been hounding me about them." S/A Labno then stated, "Alright we'll meet somewhere in Oak Lawn."

41. The conversation then turned to firearms. DOMINGUEZ stated, "I'm gonna have something with me before Christmas, trust me." S/A Labno responded, "Stuff like I like? Like pistols and shit" to which DOMINGUEZ responded, "Oh yea, oh yea. I'm saving them for you because I don't like fucking with so many people." S/A Labno responded, "That's cool, I'll tell you when that other stuff is coming, that white girl (cocaine)." DOMINGUEZ stated, "It's already around at that number you told me," to which S/A Labno stated, "I actually got it a little bit cheaper." DOMINGUEZ then replied, "For one of em (kilogram of cocaine) I can hit that number, so you gotta hook me up." S/A Labno responded, "I'll hook you up. Tell me more about them toys (guns) because I love them things." DOMINGUEZ responded, "Same situation, another buddy of mine told me about em." S/A Labno asked, "When you gonna have em, soon?" DOMINGUEZ responded, "Yea, next week he's talking, a grab and go. Stuff like that, it's a discount, know what I mean." S/A Labno then responded, "You know I'm always ready man. I'll call you Thursday morning, don't get rid of that Bose stuff."

42. The conversation then turned to DOMINGUEZ asking S/A Labno if he (S/A Labno) knew anyone in the Memphis, Tennessee area that could be his (DOMINGUEZ's) eyes for him (DOMINGUEZ) on selling Jordan shoes in the area. DOMINGUEZ also asked S/A Labno if he had "that nicotine" (cigarettes), to which S/A

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000349

Labno responded that he (S/A Labno) would bring him (DOMINGUEZ) a sample and let him (DOMINGUEZ) know a price. DOMINGUEZ responded, "Whatever it is bro, it's a go. My Indian buddy owns 25 gas stations. I talked to him (DOMINGUEZ's Indian buddy) about it and he (DOMINGUEZ's Indian buddy) said "whatever it is, c'mon." S/A Labno then responded, "Perfect. Man you go me all excited about them toys (guns). You know what they are? They gonna be pistols or long guns?" DOMINGUEZ then replied, "He (DOMINGUEZ's buddy) said they are more hand (pistols) than the big ones (rifles)." S/A Labno then asked, "Really? How many is he (DOMINGUEZ's buddy) thinking?" to which DOMINGUEZ replied, "He told me anywhere from 50-100 pieces." DOMINGUEZ then stated, "I'm gonna keep it honest with you. He's (DOMINGUEZ's buddy) asking that I give him, for the info, 3 grand ($3,000)." S/A Labno responded, "That much? Where is he saying they (guns) are at?" to which DOMINGUEZ replied, "Close by." S/A Labno stated, "Call me when you get em. Just give me some notice. You know I'll come with it. I'm real. You just gotta tell me how much so I can get cash on hand ready." DOMINGUEZ then indicated that he would like S/A Labno to store the guns for him. DOMINGUEZ stated, "If I can get around from having to pay for storage it'd be better."

43. The conversation then turned to DOMINGUEZ asking if he (S/A Labno) had any property. DOMINGUEZ further stated, that he wanted to put a truck on his (S/A Labno's) property to start "earning out these dumpsters I (DOMINGUEZ) got." DOMINGUEZ continued, that he (DOMINGUEZ) wanted to park the truck and start operating the service because he (DOMINGUEZ) wanted to expand his (DOMINGUEZ's) business. DOMINGUEZ further stated that the scrap business "fucking sucks" right now. S/A Labno then stated that's why he (S/A Labno) doesn't mess with that (scrap material), only when it's (scrap material) convenient. DOMINGUEZ further stated, that steel is at $40.00 a ton and if they (S/A Labno and DOMINGUEZ) let it (scrap material) sit at his (S/A Labno's) property until the price of steel came back up then they (S/A Labno and DOMINGUEZ) could make more money. S/A Labno explained again that he (S/A Labno) wasn't into it and changed the subject to DOMINGUEZ's deli truck business.

44. In regards to the deli truck business, DOMINGUEZ stated that, "It's good but you can't rob from Peter to pay Paul." S/A Labno then stated, "Well, I'll hit you Thursday morning, but I'm a definite for Thursday afternoon so don't sell that shit (Bose speakers) on me, ok?" DOMINGUEZ responded, "Right, right." S/A Labno then asked about the pistols that they (S/A Labno and DOMINGUEZ) discussed earlier. DOMINGUEZ avoided the question and continued to talk about his (DOMINGUEZ's) business, stating that it wasn't going very well and they he (DOMINGUEZ) couldn't fire anyone because all of his (DOMINGUEZ's) workers were family.

45. The conversation then turned to DOMINGUEZ asking if he (S/A Labno) was ready for the riots around Chicago that were about to happen due to the shooting video of Laquan McDonald. Then they (S/A Labno and DOMINGUEZ) discussed having family over for Thanksgiving. At this point S/A Labno had another incoming call on a separate cell phone and told DOMINGUEZ he (S/A Labno) would call him Thursday morning to figure out the time for the previously discussed deal for stolen merchandise. DOMINGUEZ agreed. The conversation then ended.

46. This is only a summary of these undercover contacts, and reference should be made to the electronic surveillance evidence inventoried as evidence pursuant to this undercover contact, for more information.

ATF EF 3120.2 (10-2004)
For Official Use Only

REPORTS_001-000350