

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

Terry Ferguson

Willowbrook, IL 60527-2505

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| **Notice Date:** December 20, 2018 | **Asset ID Number:** Multiple Assets |
|---|---|
| **Notice Letter ID:** 59295 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** See Attached List ||
| **Seizure Date and Location:** See Attached List ||
| **Forfeiture Authority:** See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

   **TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

   A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
   B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE Mail Stop 3N 600, Washington, DC 20226. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.
   C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.
   D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
   E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
   F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
   G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.
   H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
   I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.
   J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

Terry Ferguson                                              Notice of Seizure

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM.
*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE Mail Stop 3N 600, Washington, DC 20226.

B. **Time Limits:** A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **January 24, 2019**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **January 24, 2019** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release:** Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
- Claimant has a possessory interest in the property;
- Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
- Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Terry Ferguson                                                              Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on November 2, 2018 by the ATF at Hickory Hills, Illinois.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 19-ATF-003128 | 50 Rounds Remington Ammunition CAL:380 | $5.00 | |
| 19-ATF-003132 | 45 Rounds CCI Ammunition CAL:22 | $4.50 | |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on October 30, 2018 by the ATF at Chicago, Illinois.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 18 USC Section 924(d) and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 19-ATF-003099 | Smith & Wesson 459 Pistol CAL:9 SN:A730003 | $100.00 | A730003 |
| 19-ATF-003101 | Smith & Wesson 49 Revolver CAL:38 SN:25568 | $100.00 | 25568 |
| 19-ATF-003102 | Beretta USA Corp 950 Pistol CAL:25 SN:BER05978V | $100.00 | BER05978V |
| 19-ATF-003126 | 23 Rounds Assorted Ammunition CAL:9 | $2.30 | |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on October 30, 2018 by the ATF at Willowbrook, Illinois.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 USC Section 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 19-ATF-003813 | $1,550.00 U.S. Currency | $1,550.00 | |
| 19-ATF-003814 | $3,465.00 U.S. Currency | $3,465.00 | |
| 19-ATF-003815 | $85,055.00 U.S. Currency | $85,055.00 | |
| 19-ATF-003848 | $30,000.00 U.S. Currency | $30,000.00 | |



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

Terry Ferguson

Willowbrook, IL 60527-2505

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| **Notice Date:** December 28, 2018 | **Asset ID Number:** Multiple Assets |
|---|---|
| **Notice Letter ID:** 60977 (use ID when searching for assets during online filing) ||
| **Description of Seized Property:** See Attached List ||
| **Seizure Date and Location:** See Attached List ||
| **Forfeiture Authority:** See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File:** You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE Mail Stop 3N 600, Washington, DC 20226. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. See 28 C.F.R. Parts 8 and 9.
C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. § 1746.
D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. See 28 C.F.R. § 9.1.
H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.
J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

Terry Ferguson                                              Notice of Seizure

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM. *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE Mail Stop 3N 600, Washington, DC 20226.

B. **Time Limits:** A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **February 01, 2019**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **February 01, 2019** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release:** Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
   - Claimant has a possessory interest in the property;
   - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   - Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Terry Ferguson					Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on October 30, 2018 by the ATF at Willowbrook, Illinois.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 USC Section 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 19-ATF-005845 | ONE 18K WHITE GOLD VACHERON CONSTANTIN WATCH. THE WATCH IS AUTOMATIC WITH A DAY, DATE. THE WATCH IS GENEVE MADE IN SWITZERLAND. | $95,000.00 | |
| 19-ATF-005848 | One Gents "Rolex" 18K Rose Gold President Watch Diamonds Around the Bezel. Each Diamond is 0.25/100CTS. Diamonds in Band. Total Diamond Weight 30.50CTS. Original Rolex Design #F218238. SN: 116116268 | $50,000.00 | 116116268 |
| 19-ATF-005849 | One 14K Yellow Gold Diamond Engagement Ring. Diamond is Marquise Shape and has 5 Diamonds on either side of center stone. Diamond weighs 0.25/100 Carats. | $150.00 | |
| 19-ATF-005850 | One 10K Engagement Ring. The Center of the Ring is made up of 2 Trillion Stones made to look like a Marquise Shape Diamond. On each side of center are two rows of 8 Diamonds. 15 (1 Stone Missing). | $250.00 | |
| 19-ATF-005851 | One 10K Yellow Gold Ring with Blue Glass 3.4 DWT | $125.00 | |
| 19-ATF-005852 | One 10K Yellow Gold Wedding Band with 2 Small Diamonds. Gold weight is 2.3 DWT. Each Diamond is 0.03 Carats. | $50.00 | |
| 19-ATF-005853 | One 10K Yellow Gold Ring with 6 Diamonds each weighing 0.06/100CTS. Ring seems to want to connect with another ring. Gold weight is 1.9 DWT. | $65.00 | |
| 19-ATF-005854 | One 10K Yellow Gold Diamond Wedding Band with 14 Round Diamonds. Gold weight is 1.9 DWT Poor Quality | $35.00 | |
| 19-ATF-005855 | One 10K Yellow Gold Diamond Wedding Band. 14 Diamonds (Poor) Quality. Gold weight is 1.9 DWT | $35.00 | |
| 19-ATF-005856 | One Bag of Scrap Gold 6.6 DWT. | $125.00 | |
| 19-ATF-005857 | One 14K Yellow Gold Mason Diamond Ring. Diamond is in the Center of the Ring weighing Approx. 0.50/100 CTS. Diamond has a chip. The Gold weight is 6.2 DWT | $1,250.00 | |
| 19-ATF-005860 | One 10K Horse Shoe Ring with Diamonds. Diamond in the center is Approx. 0.50/100 CTS. 11 Diamonds set around the center. Gold weight is 4.2 DWT. | $1,500.00 | |
| 19-ATF-005862 | Misc Gold Weight 16.6 DWT. | $300.00 | |
| 19-ATF-005866 | Misc Gold Scrap 6 DWT | $120.00 | |
| 19-ATF-005868 | One 18K Yellow Gold Ring with Diamonds. Sapphires, Rubies, and Emeralds. There are 5 Stones in a row. There are a total of 9 Rows. The Total Diamond weight is 0.50/10( The Gold weight is 5.1 DWT. | $1,500.00 | |
| 19-ATF-005869 | Art Work/Collection: Others, Coins and Stamp Collection | $4,100.00 | |



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

Cherie Ferguson

Willowbrook, IL 60527-2505

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| Notice Date: December 28, 2018 | Asset ID Number: Multiple Assets |
|---|---|
| Notice Letter ID: 60978 (use ID when searching for assets during online filing) ||
| Description of Seized Property: See Attached List ||
| Seizure Date and Location: See Attached List ||
| Forfeiture Authority: See Attached List ||

I. **THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.
B. **To File a Petition**: A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE Mail Stop 3N 600, Washington, DC 20226. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.
C. **Requirements for Petition**: The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.
D. **Petition Forms**: A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.
E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.
F. **No Attorney Required**: You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.
G. **Petition Granting Authority**: The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.
H. **Regulations for Petition**: The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.
I. **Penalties for Filing False or Frivolous Petitions**: A petition containing false information may subject the petitioner to criminal prosecution under 28 U.S.C. § 1001 and 28 U.S.C. § 1621.
J. **Online Petition Exclusions**: If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

Cherie Ferguson                                Notice of Seizure

## II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLAIM. *If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue, NE Mail Stop 3N 600, Washington, DC 20226.

B. **Time Limits:** A claim must be filed within 35 days of the date of this letter; therefore, you must file your claim by **11:59 PM EST** on **February 01, 2019**. *See* 18 U.S.C. § 983(a)(2). A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim:** A claim must be filed online or in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 18 U.S.C. § 983(a)(2)(C) and 28 U.S.C. § 1746.

D. **Claim Forms:** A claim need not be made in any particular form, but a standard claim form and the link to file the claim online are available at https://www.forfeiture.gov/FilingClaim.htm. *See* 18 U.S.C. § 983(a)(2)(D). If you wish to file a claim online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence:** Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

F. **No Attorney Required:** You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

G. **When You File a Claim:** A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

H. **Penalties for Filing False or Frivolous Claims:** If you intentionally file a frivolous claim you may be subject to a civil fine. *See* 18 U.S.C. § 983(h). If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

I. **If No Claim is Filed:** Failure to file a claim by **11:59 PM EST** on **February 01, 2019** may result in the property being forfeited to the United States.

J. **Online Claim Exclusions:** If you cannot find the desired assets online, you must file your claim in writing and send to the address listed above. For more details regarding what assets can be claimed online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingClaimFAQs.htm.

## III. TO REQUEST RELEASE OF PROPERTY BASED ON HARDSHIP

A. **Hardship Release:** Upon the filing of a proper claim, a claimant may request release of the seized property during the pendency of the forfeiture proceeding due to hardship if the claimant is able to meet specific conditions. *See* 18 U.S.C. 983(f); 28 C.F.R. § 8.15.

B. **To File Hardship Release:** The hardship request cannot be filed online and must be in writing. The claimant must establish the following:
   - Claimant has a possessory interest in the property;
   - Claimant has sufficient ties to the community to assure that the property will be available at the time of trial; and
   - Government's continued possession will cause a substantial hardship to the claimant.

C. **Regulations for Hardship:** A complete list of the hardship provisions can be reviewed at 18 U.S.C. § 983(f) and 28 C.F.R. § 8.15. Some assets are not eligible for release.

Cherie Ferguson						Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on October 30, 2018 by the ATF at Willowbrook, Illinois.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 21 USC Section 881 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 19-ATF-005845 | ONE 18K WHITE GOLD VACHERON CONSTANTIN WATCH. THE WATCH IS AUTOMATIC WITH A DAY, DATE. THE WATCH IS GENEVE MADE IN SWITZERLAND. | $95,000.00 | |
| 19-ATF-005848 | One Gents "Rolex" 18K Rose Gold President Watch Diamonds Around the Bezel. Each Diamond is 0.25/100CTS. Diamonds in Band. Total Diamond Weight 30.50CTS. Original Rolex Design #F218238. SN: 116116268 | $50,000.00 | 116116268 |
| 19-ATF-005849 | One 14K Yellow Gold Diamond Engagement Ring. Diamond is Marquise Shape and has 5 Diamonds on either side of center stone. Diamond weighs 0.25/100 Carats. | $150.00 | |
| 19-ATF-005850 | One 10K Engagement Ring. The Center of the Ring is made up of 2 Trillion Stones made to look like a Marquise Shape Diamond. On each side of center are two rows of 8 Diamonds. 15 (1 Stone Missing). | $250.00 | |
| 19-ATF-005851 | One 10K Yellow Gold Ring with Blue Glass 3.4 DWT | $125.00 | |
| 19-ATF-005852 | One 10K Yellow Gold Wedding Band with 2 Small Diamonds. Gold weight is 2.3 DWT. Each Diamond is 0.03 Carats. | $50.00 | |
| 19-ATF-005853 | One 10K Yellow Gold Ring with 6 Diamonds each weighing 0.06/100CTS. Ring seems to want to connect with another ring. Gold weight is 1.9 DWT. | $65.00 | |
| 19-ATF-005854 | One 10K Yellow Gold Diamond Wedding Band with 14 Round Diamonds. Gold weight is 1.9 DWT Poor Quality | $35.00 | |
| 19-ATF-005855 | One 10K Yellow Gold Diamond Wedding Band. 14 Diamonds (Poor) Quality. Gold weight is 1.9 DWT | $35.00 | |
| 19-ATF-005856 | One Bag of Scrap Gold 6.6 DWT. | $125.00 | |
| 19-ATF-005857 | One 14K Yellow Gold Mason Diamond Ring. Diamond is in the Center of the Ring weighing Approx. 0.50/100 CTS. Diamond has a chip. The Gold weight is 6.2 DWT | $1,250.00 | |
| 19-ATF-005860 | One 10K Horse Shoe Ring with Diamonds. Diamond in the center is Approx. 0.50/100 CTS. 11 Diamonds set around the center. Gold weight is 4.2 DWT. | $1,500.00 | |
| 19-ATF-005862 | Misc Gold Weight 16.6 DWT. | $300.00 | |
| 19-ATF-005866 | Misc Gold Scrap 6 DWT | $120.00 | |
| 19-ATF-005868 | One 18K Yellow Gold Ring with Diamonds. Sapphires, Rubies, and Emeralds. There are 5 Stones in a row. There are a total of 9 Rows. The Total Diamond weight is 0.50/100 The Gold weight is 5.1 DWT. | $1,500.00 | |
| 19-ATF-005869 | Art Work/Collection: Others, Coins and Stamp Collection | $4,100.00 | |



January 25, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774076831658**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | C.CHERIE | **Delivery location:** | |
| | | | WILLOWBROOK, IL 60527 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 7, 2019 14:25 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774076831658 | **Ship date:** | Jan 2, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Terry Ferguson

WILLOWBROOK, IL 60527 US

**Shipper:**
A BK
BATFE
99 New York Avenue, NE
Mail Stop 3N600
Washington, DC 20226 US

**Reference** 772010-16-0005

Thank you for choosing FedEx.



January 25, 2019

Dear Customer:

The following is the proof-of-delivery for tracking number **774076844533**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Residence |
| **Signed for by:** | C.CHERIE | **Delivery location:** | WILLOWBROOK, IL 60527 |
| **Service type:** | FedEx Express Saver | **Delivery date:** | Jan 7, 2019 14:25 |
| **Special Handling:** | Deliver Weekday | | |
| | Residential Delivery | | |
| | Adult Signature Required | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 774076844533 | **Ship date:** | Jan 2, 2019 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Cherie Ferguson

WILLOWBROOK, IL 60527 US

**Shipper:**
A BK
BATFE
99 New York Avenue, NE
Mail Stop 3N600
Washington, DC 20226 US

**Reference** 772010-16-0005

Thank you for choosing FedEx.