| | | |
|---|---|---|
| 1 | Date: | November 8, 2015 |
| 3 | Time: | 9:07 p.m. |
| 5 | Participants: | Jesus Dominguez |
| 6 | | UC-1 |
| 9 | DOMINGUEZ: | Hello. |
| 11 | UC-1: | Hey, What's up? |
| 13 | DOMINGUEZ: | What's up bro? |
| 15 | UC-1: | Nada, I saw you called me. |
| 17 | DOMINGUEZ: | Yeah, I just wanted to, um, see if you still had any of those NFL jerseys you were telling me about. |
| 20 | UC-1: | About the, any of the what? |
| 22 | DOMINGUEZ: | The NFL Jerseys? |
| 24 | UC-1: | Yeah, I got NFL Jerseys. |
| 26 | DOMINGUEZ: | Oh, ok, yeah, because people were asking me about that. |
| 28 | UC-1: | Yeah, I'll look and see what I got and get some stuff man, Yeah, I just um, like I said, I do that as a sideline and shit so I mean I do the construction on the primary, but, you know, Dude, like I said, hook me up for some more toys man, and I'll keep, and I'll look out for you on the dock thing and on that girl thing, you know what I'm saying? |
| 35 | DOMINGUEZ: | Alright, I'll see what I can do. |
| 37 | UC-1: | Alright buddy, I'll talk to you. |
| 39 | DOMINGUEZ: | Alright. |
| 41 | UC-1: | Alright. |

**GX-203T**