1   Date:            November 9, 2015
2
3   Time:            3:28 p.m.
4
5   Participants:    Jesus Dominguez
6                    UC-1
7
8
9   UC-1:            Hello?
10
11  DOMINGUEZ:       What's up, bro?
12
13  UC-1:            Hey, I'm gonna be in route to you in a few minutes. I'm just
14                   picking up in Pilsen here, I'm picking up some [U/I].
15
16  DOMINGUEZ:       Okay, cool. I was gonna tell you because, man, I just came to see
17                   my fucking buddy, and [Telephone rings in the background] he's
18                   blowing me up about 'em.
19
20  UC-1:            Yeah, no man, we're good, we're good, bro, we're good. [Voices
21                   overlap]
22
23  DOMINGUEZ:       Because he says he wants to see the quality of the uh, the North
24                   Faces you got. I told him, I told him, I told him that you told me
25                   that they're half authentic and half knockoffs. [Voices overlap]
26
27  UC-1:            Yeah, you know what, just take a look at them, see what you think
28                   and stuff and uh, you know…
29
30  DOMINGUEZ:       How many, how many do you got?
31
32  UC-1:            Dude, I told you, I got like 10 cases at least. I'll show you, I'll show
33                   you what I got when I [U/I]. [Voices overlap]
34
35  DOMINGUEZ:       How many come, how many are in a case, bro?
36
37  UC-1:            Um, I think there are like 50 to a case. I'll, I'll try to bring a
38                   sample of what I got too. You know what I'm saying?
39
40  DOMINGUEZ:       Yeah. Yeah. [Voices overlap]
41
42  UC-1:            So, you'll look, you'll, you'll see what we got. But we're just
43                   finishing this up and I'm gonna grab that right now and I'll call
44                   you when I'm on the expressway cause [U/I]. [Voices overlap]


**GX-205T**

| 45 | DOMINGUEZ: | Oh, what else? You said you had something else. You told me you |
| 46 | | had Beats, you had that, you had um, oh the jerseys. |
| 47 | | |
| 48 | UC-1: | Yeah, I'll bring them, I'll bring one of the Beats things that I have, |
| 49 | | and I'll bring one of the uh, I'll bring some Otter Boxes. You ever |
| 50 | | seen the Otter Boxes? |
| 51 | | |
| 52 | DOMINGUEZ: | Yeah, oh yeah, yeah, oh yeah, if you would. Oh, oh, you know what |
| 53 | | else this guy was interested in and you told me that it faded away? |
| 54 | | |
| 55 | UC-1: | Mm? |
| 56 | | |
| 57 | DOMINGUEZ: | Uh, True Religion. |
| 58 | | |
| 59 | UC-1: | Oh, I can do some, some of that shit, too. |
| 60 | | |
| 61 | DOMINGUEZ: | Yeah. [Voices overlap] |
| 62 | | |
| 63 | UC-1: | Well, let me put together, let me put together a box and uh, I'll |
| 64 | | meet you there. But hey, how far we gotta go when I meet you at |
| 65 | | Shell. Like, I gotta do… [Voices overlap] |
| 66 | | |
| 67 | DOMINGUEZ: | Down the, it's not even far, bro. |
| 68 | | |
| 69 | UC-1: | Okay. |
| 70 | | |
| 71 | DOMINGUEZ: | 2 minutes away. |
| 72 | | |
| 73 | UC-1: | All right, we'll just talk about it when I see you then. |
| 74 | | |
| 75 | DOMINGUEZ: | Okay. |
| 76 | | |
| 77 | UC-1: | All right, I'll call you when I'm on, I'm getting on, I'm gonna be |
| 78 | | probably getting on 55 from Ashland or wherever for the [U/I]. |
| 79 | | [Voices overlap.] |
| 80 | | |
| 81 | DOMINGUEZ: | Yeah, cause my partner has been blowing me up. Like, these guys |
| 82 | | comin' or what, you got me waiting here. Cause, you know, |
| 83 | | remember how you said around 2 o'clock? |
| 84 | | |
| 85 | UC-1: | Yeah, I'm sorry, man. I know, I just got… [Voices overlap] |

2

**GX-205T**

| | | |
|---|---|---|
| 86 | DOMINGUEZ: | And then I called him and then I was like, "Dude. relax, he just |
| 87 | | fucking called me; he called me like two hours ahead of time, I |
| 88 | | fucking forgot to call you, I told you I'm busy, fucking unloading |
| 89 | | and loading trucks all day. So…" |
| 90 | | |
| 91 | UC-1: | Got you. |
| 92 | | |
| 93 | DOMINGUEZ: | "You know, you can't expect me to call you every minute, you |
| 94 | | know? You're starting to sound like my fucking wife." |
| 95 | | |
| 96 | UC-1: | [Laughs] Yeah, I know how that goes. Hey, what uh, what you |
| 97 | | said, what, what, you said 79th and Harlem or, or where? Right |
| 98 | | by Toyota Park, [U/I] Park. |
| 99 | | |
| 100 | DOMINGUEZ: | Toyota Park, across from Toyota Park, there's a sea- that seafood |
| 101 | | restaurant I told you about. |
| 102 | | |
| 103 | UC-1: | You want me to meet you there? |
| 104 | | |
| 105 | DOMINGUEZ: | Yeah, you can meet me there, bro. |
| 106 | | |
| 107 | UC-1: | All right, I'll meet you at that seafood restaurant and we'll go from |
| 108 | | there. |

3

**GX-205T**