| | | |
|---|---|---|
| 1 | Date: | November 9, 2015 |
| 2 | | |
| 3 | Time: | 4:09 p.m. |
| 4 | | |
| 5 | Participants: | Jesus Dominguez |
| 6 | | UC-1 |
| 7 | | |
| 8 | | |
| 9 | UC-1: | Man, what are you in? |
| 10 | | |
| 11 | DOMINGUEZ: | I'm in a minivan. |
| 12 | | |
| 13 | UC-1: | Oh, ok. All right. |
| 14 | | |
| 15 | DOMINGUEZ: | In a like a, in a blue minivan Dodge Caravan. |
| 16 | | |
| 17 | UC-1: | A blue Dodge Caravan? All right, cool. I'll uh, well I'll call you |
| 18 | | when I get on Harlem, so you know what, how far out I am. |
| 19 | | |
| 20 | DOMINGUEZ: | Yeah, cause I'm pretty positive my guy will take all of your North |
| 21 | | Faces, all 10 cases. He's bugging the shit out of me now. |
| 22 | | |
| 23 | UC-1: | Yeah? |
| 24 | | |
| 25 | DOMINGUEZ: | I'm like, man, fucking relax, dude. I said, fuck it, I'm gonna turn |
| 26 | | off my phone. |
| 27 | | |
| 28 | UC-1: | [U/I]. [Voices overlap] |
| 29 | | |
| 30 | DOMINGUEZ: | He don't got, he don't got, I got another phone, he don't got that |
| 31 | | number, so, fuck him. [Voices overlap] |
| 32 | | |
| 33 | UC-1: | Well, you said, you wanted kid stuff too, right? |
| 34 | | |
| 35 | DOMINGUEZ: | What? |
| 36 | | |
| 37 | UC-1: | You said, you wanted kids North Face, too, or something? |
| 38 | | |
| 39 | DOMINGUEZ: | Yeah, yeah, the kids sizes. Fuck, you got kid sizes? I didn't know |
| 40 | | you had kid sizes. |
| 41 | | |
| 42 | UC-1: | I grabbed a bunch of shit to like, like a sample of what we're doing. |
| 43 | | So… |
| 44 | | |

**GX-206T**

| | | |
|---|---|---|
| 45 | DOMINGUEZ: | Oh, fuck, you're awesome, bro. |
| 46 | | |
| 47 | UC-1: | Take a look. And then I got some Otter Boxes and some Beats. |
| 48 | | Man, how are these things? Are these things pretty clean, man? |
| 49 | | Cause, like I said I, I only kind of want them if they're really nice |
| 50 | | looking, you know what I'm saying? |
| 51 | | |
| 52 | DOMINGUEZ: | The what? |
| 53 | | |
| 54 | UC-1: | The, the fucking toys, man. |
| 55 | | |
| 56 | DOMINGUEZ: | Yeah, yeah. |
| 57 | | |
| 58 | UC-1: | I mean, that's, Cookie showed me the pictures but… |
| 59 | | |
| 60 | DOMINGUEZ: | You guys probably know more than me, to tell you the truth. |
| 61 | | |
| 62 | UC-1: | Yeah? |
| 63 | | |
| 64 | DOMINGUEZ: | You know what I'm saying? Cause you guys collect and shit. You |
| 65 | | guys know more than me, you know? |
| 66 | | |
| 67 | UC-1: | Yeah, I love guns, man. But I just, you know, I wanna make sure |
| 68 | | that they're in good shape, you know what I'm saying? Cause if, |
| 69 | | if they're beat up and nicked up, like riding around a trunk and |
| 70 | | shit, they look like shit, you know what I'm saying? |
| 71 | | |
| 72 | DOMINGUEZ: | Oh no, no, no. It, I told, I'll explain it. |
| 73 | | |
| 74 | UC-1: | Okay. |
| 75 | | |
| 76 | DOMINGUEZ: | You know, I'll explain it to you guys. |
| 77 | | |
| 78 | UC-1: | All right, when I see you I'll… |
| 79 | | |
| 80 | DOMINGUEZ: | What, what the situation was, you'll, you'll, they were, they were |
| 81 | | kept, they were kept in a box so… |
| 82 | | |
| 83 | UC-1: | Like, new in a box and shit? |
| 84 | | |

**GX-206T**

| | | |
|---|---|---|
| 85 | DOMINGUEZ: | Like you know, like you know how people put, they store it up in |
| 86 | | a box and shit, with a dial. |
| 87 | | |
| 88 | UC-1: | Yeah, I got you. |
| 89 | | |
| 90 | DOMINGUEZ: | Yeah. |
| 91 | | |
| 92 | UC-1: | All right. Well cool. Well we'll see, well I'll talk to you when I get |
| 93 | | there then. I'll, I'll call you when I'm on uh, Harlem then, all |
| 94 | | right? |
| 95 | | |
| 96 | DOMINGUEZ: | All right, cool, bro. I'll talk to you, bye. |

**GX-206T**