**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | [redacted] | 14 |

## SUMMARY OF EVENT:

Undercover recorded telephone calls between an ATF Cooperating Defendant (CD) and Terry FERGUSON.

## NARRATIVE:

1. **UNDERCOVER CONTACT**: On January 14, 2016, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent (S/A) Chris Burney completed reviewing recorded telephone calls between an ATF Cooperating Defendant (CD), and Terry FERGUSON (White male, DOB: [redacted] [redacted]), regarding the purchase of narcotics. These recorded telephone calls took place on January 12, 2016 and January 13, 2016 and were inventoried into ATF evidence under #E-000016. The following is a summary of these phone calls and is not intended as a verbatim transcription.

2. On January 12, 2016, at approximately 1828 hours, the CD placed a recorded call to FERGUSON at 708-705-4063. The conversation started with the CD saying how his/her (CD's) pipes were frozen in his/her house and he/she probably wouldn't have water again until he/she moved.

3. The conversation then turned to narcotics. The CD asked FERGUSON if he (FERGUSON) would be able to come by the CD's house ([redacted] W. 73rd Street, Chicago, IL 60638) around 3:00pm tomorrow. The CD further stated to FERGUSON that he/she had "16 hundo ($1600.00) for that shit, but that shit's got to be on point though (referring to cocaine)." FERGUSON replied, "Alright, we'll see. I'll see you over there." The conversation then ended.

4. On January 13, 2016, at approximately 1458 hours, the CD placed a recorded call to FERGUSON at 708-705-4063 from the CD's residence located at [redacted] W. 73rd Street, Chicago, IL 60638. FERGUSON did not answer the telephone. S/A Burney should note that the proceeding recorded calls were all placed from the CD's residence while in the presence of S/A Piacenza, who was acting in an undercover agent (UCA) capacity inside the residence.

5. On January 13, 2016 at approximately 1500 hours, the CD sent FERGUSON a text message to the 708-705-4063 number that read "Call me." S/A Burney should note that a screen shot of the text message string between the CD and FERGUSON are attached to this report.

6. On January 13, 2016, at approximately 1515 hours, the CD placed a recorded call to FERGUSON at 708-705-4063. The CD asked FERGUSON if he (FERGUSON) could come holla at him/her. The CD further stated that

| Prepared by: Christopher J. Burney | Title: Special Agent, Chicago I Field Office | Signature: [signed] | Date: 1-16-15 |
|---|---|---|---|
| Authorized by: Bernard G. Hansen | Title: Group Supervisor, Chicago I Field Office | Signature: [signed] | Date: 1/19/15 |
| Second level reviewer (optional): Jeffery A. Magee | Title: Special Agent in Charge, Chicago Field Division | Signature: | Date: |

he/she "had the loot (money) to grab that shit (cocaine)." FERGUSON asked, "You talking about the green?" The CD replied, "No, no, the girl. I got 16 hundo ($1600.00). 2 (two ounces of cocaine) for the 16 ($1600.00)." FERGUSON replied that he (FERGUSON) did not know what the CD was talking about. The CD then replied, "Oh my God, nigga, just come through and holla at me." FERGUSON stated that he was at the gym. The CD asked FERGUSON what he/she should tell his guy (ATF UC). FERGUSON replied that he did not understand. The CD stated again, "just come through and holla at me." FERGUSON replied, "Alright, alright, alright." The conversation then ended.

7. On January 13, 2016, at approximately 1527 hours, the CD received an incoming recorded call from FERGUSON at 708-705-4063. FERGUSON stated, "I'm calling you from my burner right now, so answer it." The conversation then ended.

8. On January 13, 2016, at approximately 1529 hours, the CD received an incoming recorded call from FERGUSON's burner telephone, 773-251-2017. The CD asked FERGUSON to come by his house. FERGUSON replied, "What is it? The other one? (cocaine) Alright, yea, ok. I got you, but I can't get through there until about 4:30 bro." The CD then asked FERGUSON which telephone number he/she should call FERGUSON back on. FERGUSON replied, "No, just text me and say 'Ok'. That's all." The CD then stated that he/she was going to call his/her guy (ATF UC) right now.

9. On January 13, 2016, at approximately 1608 hours, the CD received an incoming recorded call from FERGUSON's burner telephone, 773-251-2017. FERGUSON stated, "Yea, I don't know who you are dealing with bro, but I wouldn't deal with em. There's 5-0 (police) posted up on your block in a Chrysler 300m with blacked out windows on your side of the street towards Harlem (Harlem Ave.), sitting laid back in the seat with binoculars. So, I don't know who you are dealing with, but I'd give him the money back and say the guy couldn't make it, the guy don't have nothing, whatever. He's setting ya up. The CD responded, "Nah, nah, he's a brother. He ain't setting me up." FERGUSON then asked, "If he is a brother, why does he need you?" The CD responded, "Shit, because of the price." FERGUSON then replied, "I don't know, bro." The CD then asked where the cops were. FERGUSON stated that the car was parked down the street. The CD explained once again that his/her guy wasn't setting him/her up. FERGUSON replied, "Well, he ain't sitting there for nothing." The conversation then ended.

10. On January 13, 2016, at approximately 1611 while the CD was outside, S/A Piacenza observed an incoming call to the CD's cellular phone from FERGUSON's burner phone, 773-251-2017. S/A Piacenza advised that the CD did not make it back inside the house in time to answer the call.

11. On January 13, 2016, at approximately 1613 hours, the CD placed a recorded call to FERGUSON at 773-251-2017 (burner telephone). The CD explained that he/she went outside and didn't see any cars sitting on his/her block. FERGUSON replied, "He was there and there is one on the next block too posted up. Trust me, trust me." The CD stated that his/her guy (ATF UC) wouldn't do that to him/her. FERGUSON replied, "I'm just telling you. I'm not saying who is and who ain't, but I'm telling you what's there." The CD stated again that he/she walked outside and didn't see anyone on the block. The CD then asked FERGUSON if he (FERGUSON) was "tweaking." FERGUSON continued that the police are outside. FERGUSON then stated, "I'll be heading that way soon. I'll call you when I'm right there." The CD and FERGUSON continued to talk about the police in the neighborhood and FERGUSON pressed the CD to go walk around the block and he/she would see for him/herself. The conversation then ended. At this point, the CD left the house and walked around the block before returning back inside the residence.

Case: 1:18-cr-00734 Document #: 458-2 Filed: 10/05/23 Page 3 of 5 PageID #:4070

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| Jesus DOMINGUEZ et al. | [redacted] | 14 |

12. S/A Burney should note that the CD attempted to place two (2) more recorded calls to FERGUSON on both numbers, 773-251-2017 and 708-705-4063 between 1625 and 1631 hours. FERGUSON did not answer either call.

13. S/A Burney should note that the CD sent approximately two (2) additional text messages, one (1) to FERGUSON's burner phone, 773-251-2017, and one (1) to FERGUSON's main phone 708-705-4063, that were not recorded by screenshot before the CD deleted them. However, S/A Piacenza advised that he (S/A Piacenza) observed the CD send the messages and the messages were an attempt by the CD to re-contact FERGUSON and advise him (FERGUSON) that he (CD) would be losing out on $300.00 if FERGUSON didn't respond.

14. This is only a summary of these undercover contacts, and reference should be made to the electronic surveillance evidence inventoried as evidence pursuant to this undercover contact, for more information.

Attachment(s):
- Photographs (2) of text messages between the ATF CD and FERGUSON





**Sheriff of...**
7087054063




Yo bro come halla at me before I lose this nigga.
3:02 PM





What's up
3:18 PM

Just come halla at me asap
3:20 PM



Ok, We good
3:41 PM





K
3:42 PM

**Sheriff of...**
7087054063

Call me.
3:00 PM

Yo bro come halla at me before I lose this nigga.
3:02 PM

What's up
3:18 PM

Just come halla at me asap
3:20 PM

Ok. We good
3:41 PM