UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)        No 18 CR 734
vs.     )        Hon. Matthew F. Kennelly
)
)
TERRY FERGUSON                      )

## AFFIDAVIT OF DEBBIE MILLWOOD

I, Debbie Millwood, hereby swear and affirm that the
following facts are true and accurate the best of my
recollection.

My uncle, Terry Ferguson has been one of the greatest
sources of support for me and my daughter throughout my
entire life. It was my uncle who I was finally able to tell
about being molested by a religious figure associated with
the Thai Buddhist Temple, and how that molestation led to
the birth of my daughter. No one else even knew. It was
my uncle who helped me to get an attorney to assist me I
getting justice through a settlement. That was a process
that took years. It was a continual fight and struggle that
my uncle and his friend and attorney, Beau Brindley,
worked on for me for years. Until we got justice. After the
settlement, it was my uncle who managed the money and
made sure that it was spent wisely and maintained so I
could support my daughter despite signficant mental health
problems. On my own, I cannot handle that kind of money.
My uncle has always been my greatest source of support.

However, about a week after his arrest when they
searched his house (I do not recall the exact date), I was
called by Family Services to go their office regarding my
child. This is in Indiana. I was concerned it was about
them taking my kids away as I have had issues with Family
Services in the past. But, when I got there, it was not about
family services at all. Instead, I was put in a closed room
with two male agents. One of them I know to be Agent
Chris Labno. The other guy's name was also Chris. Labno

proceeded to say terrible things about my uncle. He claimed my uncle stole from me. He promised to get me more money if I said that he stole from me. He promised that I would get a different house. Promised it would help my kids. He said my uncle was a "scumbag" and a lot of worse things than that. I told him I wanted to have my lawyer present. He asked who it was and said, "I hope its not that piece of shit, Beau Brindley."

Beau is the lawyer that brought in civil attorneys and stuck by me all throughout my civil case until we got it done. Agent Labno referred to Mr. Brindley as a piece of shit and said he was not my lawyer. He was my uncle's lawyer. That was wrong. But that's what he told me. I was terrified to be stuck in the room with them. I desperately wanted to get out. They would not let me talk to my lawyer. I was terrified that, if I did not say what they wanted me to, DCFS would take my kids away. Because DCFS people were right there nearby. The agents just kept insisting that I had to say my uncle did something wrong. That I had to say he stole. And I would giet all of these things. But he didn't steal anything When I told them he did not, they would not accept it. They just kept promising to get me more things—money, better housing, etc. All I had to do was say something about my uncle that I repeatedly told them was not true. They wanted me to lie. That's the only way to describe what happened. And they would not let me leave or talk to my lawyer while they kept asking me over and over.

I was terrified by this experience. I finally got to leave. I called my uncle. I talked to my lawyer. And I think he called Labno to get him to leave me alone. But, it was so much fear. To be confined in that space with these men who just kept saying I could not leave until I told them something that I knew was not true. The entire experience created a terrible setback in my mental health. Confined by men in a space where I was vulnerable and worried about my kids. I could not leave the house for months. Even now, I struggle to leave the house. And Labno kept calling my phone. From different numbers. Blocked numbers. Even after he was told to leave me alone. That did not mean anything to him. That did not stop anything.

I promised my uncle I would come to testify about this experience, and most importantly, about the impact it had on my uncle and his family. He was forced to manage all of the anxiety and fallout from this experience and help me get enhanced mental health treatment. He went through so

much guilt over the experience I had. It was killing him. His stress increased. He would contact me often just to apologize for something that was not really his fault. He still does. I wanted to testify in detail about all of this. How we all suffered as a result of this. What it did to our family. It's a lot to talk about. There was so much we went through. The hurt it inflicted on my uncle, who is a really great man and like a father to me, is so great..

However, around August 24, I went to pick up my kids at school. I was in the car and federal agents approached my car. They exited a vehicle and came toward me saying they wanted to talk to me and show me some papers. I said they needed to call my lawyer. They kept asking me to roll down window. I was not going to do it. I looked at the vehicle they got out of and saw the agent that was there at Child Services. It looked like the same guy, Agent Labno. There he was. Once I saw him, all of the fear from that day returned. I was locked up in my house again. I still am struggling with that. When I found out that my testimony could come in and would not have to be that long, just talking about the impact all of this had on our family, I told my uncle and his lawyer I cannot testify. If I do, I know that Agent Labno will never leave me alone. Him being there, after what they did to me, is too much. I know there will be retaliation. If I testify, that guy will come back. Next time, he may get my kids taken away. If he wanted me to lie about my uncle, what would stop him from lying about me? I read the report of what he claims I said in that interview. And it is a lie. Lying is not a problem for them. I cannot do the testimony. I cannot come to court. The risk for me is simply too great. I had to tell my uncle and my own lawyer, who have been there for me through a lot of difficult events and times, that I cannot do it. It breaks my heart because my uncle has always been there for me. And I cannot be there for him. But, there is no way that they will leave me alone if I testify. I cannot risk that.

Affirmed,

Signed and

*Debbie Millwood* 10/17/23

Debbie Millwood