I got to the cps building at the 11:40am. I was taken in a room with 2 cps workers. They went over everything about the kids and then asked about them helping me get a place to live. They had me sign papers in reguards to my kids. I went to walk out the door and two gentlemen stopped me at the door and asked me to step back that they needed to talk to me and ask me a couple questions. They told me there names where both Chris and that I was not in trouble that they feel I am a victim. I said I have any attorney I would rather you cantact him. Then they asked me who

②

my attorney was I told them Bu Brenny. They said no thats not your attorney hes my uncles personal attorney. I said no hes also my attorney and that my uncle is my power of attorney. They kept stating that I was a victim and that my uncle got all my money and spent it all. Started telling that he bought a house borrowed a few people money bought other houses and that he paid all his debts off. They said that he is living the high life in a $200 thousand dollar house that my settlement paid off while I live like a bum in a broken down house hurting for

③

money and hiding my car so that it don't get repo. That they watched me walk to get the car. They kept saying do you know this person and that person and they asked me did I know exactly how much money that my uncle got and has spent. I said no I dont and I dont want to know. They said well we know and we are going to tell you exactly how much and how much he has spent of it. I said I dont care If I need something I call him and he helps me. That he has always helped me out way before this case was ever, that he has always been in my corner

Case: 1:18-cr-00734 Document #: 465-6 Filed: 10/18/23 Page 4 of 14 PageID #:4217

④

He said your wrong your uncle is there for you or your kids cuz if he was that I wouldnt be sitting in a cps building on the verge of loosing my kids. I told them they were wrong. That my uncle is more of a dad than my own dad. Then he said well no matter what that my uncle I going away for a very long time like 10 to 15 yrs for distipuing narcotics and fire arms and that they have seized a few properties of his and that the money is mine and they want to see that I get that money. I told them I didnt know what they was talking about. Then they asked if I knew

that my uncle was in jail and what he was charged with. I said no I don't and It has nothing to do with me. They said we feel your uncle is doing you wrong. That if I work with them that I will have all my money and won't have to worry about anything and that they will get me a house pay my kids off and that I could buy 25 of them cars if I wanted. Then they said that my dad also was involved with stealing my money and that they was in fear for me and my kids that after they talk to my dad that he is going to get on me and my kids that they would like to put me

Case: 1:18-cr-00734 Document #: 465-6 Filed: 10/18/23 Page 6 of 14 PageID #:4219

my husband and my kids to protective custody & that I won't have anything to worry about that no one will know where we are at but those 2 men. I said can I have time to think about all this so that they would let me go. They said I advice you to go out to lunch but to go straight home cuz they was coming to talk to my dad. And that the advice me not to go outside and call my uncle to tell him. I told them I had talked to a different attorney they wanted her name and number. They kept saying that I was in trouble but if I didn't show up the day I had to that I would have a warrant

18CR858_001-000253

my husband and my kids in protective custody so that I won't have anything to worry about that no one will know where we are at but those 2 men, I said can't have time to think about all this so that they would let me go. They said I advise you to go out to lunch but to go straight home cuz they was coming to talk to my dad. And that the advise me not to go outside and call my uncle to tell him. I told them I had talked to a different attorney they wanted her name and number. They kept saying that I wasn't in trouble but if I didn't stay till the day I had to that I would have a warrant

⑦

and that cps then would take my kids from me. They asked me did I know that my uncle was signing my name to checks, I said yes I do thats who hes my power of attorney. They asked if I was made to sign power of attorney I said no I wanted to. Then they asked about what was promised to me and if I called my uncle right then for $500 what would he say I said he would tell me to come get it. He said how sure are you I said 100 percent. He said do you know if you dont help us that when my uncle goes to jail that I wouldnt have noone

(8)

That all the money would be seized and I would have nothing. I said well I don't feel that's true that I will always have someone there he said. I don't think so He asked was + ok that all the money was gone I said ok like I have said before it dont matter cus If I need something all I have to do is ask my uncle. He kept saying we are not out to hurt you that we are looking out for you and your family that we deserve so much more. They asked why did I even need a power or attorney. I said cuz my kids would be 10 times more spoiled and I I would

⑨

have wasted all of it.
They said ok so its ok
that your uncle and your
dad wasted it and they
have everything and you
and your kids have nothing
that I hurting so bad
that I'm in debt and
living like this. For me
to please just let
them before get all
my money back before its
seized. In an trust that
no one can touch it.
He kept saying you will
be so much happier
you will have everything
you want and need.
Said I'm not hurting yes
have debt but like
I have said if I
need something all I
have to do is ask and
my uncle will make sure
I have it.

(10)

Then he said that yeah I am not right in the head cuz of what has happened to me that I will always be like this but I don't have to be living like this and I'm afraid that I will blow and waste the money that they will have it put into my trusts for my kids and me no one else will be able to touch it. He just kept saying please please let us help you so we can put us in a home! and give me money and I wont have to worry about anything they said you know why we came to cps cuz we know that your a great mom and you will do anything for my kids that I would do what cps

(12)

it why dont you ask him for a brand new SUV for your kids. I said does that really matter no it dont. He said yes it does I told you your uncle dont care about what you need hes living high mighty laughing at you cuz he knows you dont and wont have the money to do any thing about what he has done to you. I said I feel your wrong. He said no I am not and if you would let me I would help you and you will see you can be just as happy as he is. He said yes I know you have been promised so much and you have been let down and hurt so

⑬ much that you have your guard up high but you dont have to have that with us whatever we promise you will get it. You will have money in your pocket to spoil yourself and your kids and you can have whatever you or your kids want. Told me to make sure that = contact them by 3pm with my attorneys info and that sooner the better it will be if I would make my decision so they can help me so that I be happy. That if I dont show up to court that I will be in a lot of trouble and then cps will have the right to take my kids.

18CR858_001-000261

(14)

I was shaking so bad when I left there I threw up and I couldnt stop crying, I could barley drive home, I called my sister right away and she talked to me til I made it to her house. My head was hurting so bad throbbing I was in so much pain from my head and from me crying.